1
2
3
4
5        UNITED STATES DISTRICT COURT
6        EASTERN DISTRICT OF WASHINGTON

7  THOMAS E. PAULUS and KRISTY
   L. PAULUS, and the marital              NO. 2:19-CV-0287-TOR
8  community thereof,
                                            ORDER OF DISMISSAL WITH
9                    Plaintiffs,            PREJUDICE

10         v.

11 ALLSTATE PROPERTY AND
   CASUALTY INSURANCE
12 COMPANY, a foreign insurance
   company,
13
                     Defendant.
14

15       BEFORE THE COURT is the parties' Stipulation to Dismiss (ECF No. 18).

16 The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

17 and provides that Plaintiff's Complaint shall be dismissed in its entirety with

18 prejudice and without costs or fees to any party.  The Court has reviewed the

19 record and files herein, and is fully informed.

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiff's Complaint is **DISMISSED** in its entirety with prejudice and without fees or costs to any party.

2. All deadlines, hearings and trial are **VACATED** as moot.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED November 18, 2020.



THOMAS O. RICE
United States District Judge